FILED - GR
September 2, 2022 1:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: /__ / 9-2

David Allen Vickers

- v -

United States of America

Clerk of the Court,

**1:22-cv-807**
Robert J. Jonker - U.S. District Judge
Sally J. Berens - Magistrate Judge

I was wondering if your Court/Justices would consider a case of fraud, corruption, and bribery. A case that was built on fabricated evidence and false allegations. Please see the attached documents.

In the case file is more evidence of the bribery that took place. To date, the Court and attorneys will NOT let me have this because it is so damning. The evidence is an audio of the bribe being negotiated between A.U.S.A. Aaron J. Mango, Richard McKague, and police detective Kevin Czora. I was told what transpired was jaw dropping despicable. Audio dated September 9, 2014. Find! Please!

And/or:

I respectfully request the Court to order the Department of Justice, Office of Professional Responsibility, to thoroughly and impartially investigate these issues of Fraud, Corruption, and Bribery in the case 13-cr-0128 for the Western Disrict of New York.

Thank you.

August 29, 2022

Respectfully,

*David A. Vickers*

David Allen Vickers
USP - Tucson
Reg.No. 22455-055
P.O. Box 24550
Tucson, Arizona 85734

David Allen Vickers
    22455 055
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

⇔22455-055⇔
Grand
Clerk of
110 Mi
Room
Grand

